UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE MC-1,<br><br>  Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MICHIGAN, THE REGENTS OF THE UNIVERSITY OF MICHIGAN (official capacity Only),<br><br>  Defendants. | Case No. 2:20-cv-10568-VAR-EAS<br><br>Hon. Victoria A. Roberts<br>Hon. Elizabeth A. Stafford<br><br>**Master Case Filing** |

## STIPULATED ORDER

1. Since March 2020, plaintiffs have filed lawsuits against Defendants the University of Michigan and the Regents of the University of Michigan (collectively, the "University") related to alleged abuse by Robert Anderson.

2. The University moved to dismiss the lawsuits.

3. The Court has since ordered that the University "must withdraw all motions to dismiss filed on September 30, 2020" and "May 1, 2020." (ECF No. 125 at PageID.2597.) The Court's order also "**STAYS** all motion practice unless the parties seek and obtain permission of the Court." (*Id.*)

4. In compliance with the Court's order, the University hereby and without prejudice withdraws its motions to dismiss filed on May 1, 2020, and September 30, 2020, in the cases brought by John Doe MC-1 (case no. 2:20-cv-10568), John Doe MC-2 (case no. 2:20-cv-10578), John Doe MC-3 (case no. 2:20-cv-10579), John Doe MC-4 (case no. 2:20-cv-10582), John Doe MC-5 (case no. 2:20-cv-10621), John Doe MC-6 (case no. 2:20-cv-10593), John Doe MC-7 (case no. 2:20-cv-10580), John Doe MC-8 (case no. 2:20-cv-10640), John Doe MC-9 (case no. 2:20-cv-10641), John Doe MC-10 (case no. 2:20-cv-10617), John Doe MC-11 (case no. 2:20-cv-10596), John Doe MC-12 (case no. 2:20-cv-10595), John Doe MC-13 (case no. 2:20-cv-10614), John Doe MC-14 (case no. 2:20-cv-10618), John Doe MC-15 (case no. 2:20-cv-10631), John Doe MC-16 (case no. 2:20-cv-10622), John Doe MC-17 (case no. 2:20-cv-10664), John Doe MC-19 (case no. 2:20-10679), John Doe MC-20 (case no. 2:20-cv-10693), and John Doe (2:20-cv-10629).

4. The University, however, fully maintains and preserves all rights and defenses in these and all other cases. That is, this withdrawal is made pursuant to court order without waiving any immunities, defenses, objections, exceptions, or obligations that may exist in the University's favor, including, without limitation, those raised in its motions to dismiss.

5. Plaintiffs also fully maintain and preserve all rights.

6. The parties likewise preserve their rights to file any and all motions, including motions seeking leave to amend, if the mediator, Mr. Robert F. Riley, determines in his sole discretion that either the mediation proceedings have broken down or that further guidance and direction from this Court is required.

6. The mediator, Mr. Riley, retains the authority to address and resolve all issues and disputes during the pendency of mediation, consistent with the Court's prior orders.

Dated: November 15, 2020

s/ Victoria A. Robert  
Hon. Victoria A. Roberts  
United States District Judge

Stipulated to by:

/s/ Michael A. Cox (by consent 10/29/20)

Michael A. Cox (P43039)  
THE MIKE COX LAW FRIM, PLLC  
17430 Laurel Park Drive North, Suite 120E  
Livonia, MI 48152  
P: (734) 591-4002  
F. (734) 591-4006  
mc@mikecoxlaw.com  
Counsel for John Doe MC Plaintiffs

David J. Shea (P41399)  
Shea Law Firm PLLC  
26100 American Dr., 2nd Floor  
Southfield, MI 48034  
P: (248) 354-0224  
david.shea@sadplaw.com

*Counsel for John Doe MC Plaintiffs*

/s/ Annika K. Martin (by consent 10/29/20)  
E. Powell Miller (P39487)  
THE MILLER LAW FIRM, PC

/s/ Stephen J. Cowen (by consent 10/29/20)

Stephen J. Cowen (P82688)  
JONES DAY  
150 W. Jefferson Ave., Suite 2100  
Detroit, MI 48226  
P: (313) 733-3939  
F: (313) 230-7997  
scowen@jonesday.com  
Counsel for Defendants

3

950 West University, Suite 300
Rochester, MI 48306
P: (248) 841-2200
epm@millerlawp.com

Annika K. Martin
LIEFF, CABRASER, HEIMANN &
BERNSTEIN LLP
250 Hudson St., 8th Floor
New York, NY 10013
P: (212) 355-9500
akmartin@lchb.com

Joseph Sauder
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
P: (888) 711-9975

*Counsel for Plaintiff John Doe and Putative Class*

/s/ Todd F. Flood (by consent 10/29/20)
Todd F. Flood (P58555)
FLOOD LAW PLLC
155 W Congress Street, Suite 603
Detroit, MI 48226
P: (248) 547-1032
F: (248) 547-0140
tflood@floodlaw.com

*Counsel for John Doe TF Plaintiffs*

/s/ Richard W. Schulte (by consent 10/29/20)
Richard W. Schulte (OH #0066030)
WRIGHT & SCHULTE, LLC
854 S. Dixie Drive
Vandalia, OH 45377
P: (937) 435-7500
F: (937) 435-7511
rschulte@yourlegalhelp.com

Warren N. Sams, III (GA#624440)
THE SAMS LAW FIRM
1000 Parkwood Circle, SE, Suite 220
Atlanta, GA 30339

4

P: (404) 420-0291
wsams@samslaw.net

*Counsel for Plaintiffs Christian, Robinson Cooper and John Doe RS Plaintiffs*

/s/ Manvir S. Grewal (by consent 10/29/20)
Manvir S. Grewal, Sr. (P48082)
GREWAL LAW PLLC
2290 Science Pkwy.
Okemos, MI  48864
P: (517) 393-3000
mgrewal@4grewal.com

*Counsel for Plaintiff Connelley and John Does GL Plaintiffs*

 /s/ H. James White (by consent 10/29/20)
H. James White (56946)
WHITE LAW PLLC
2549 Jolly Rd., Suite 340
Okemos, MI  48864
P: (517) 316-1195
jameswhite@whitelawpllc.com

Stephen J. Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
P: (619) 295-0035
steve@estey-bomberger.com

Michelle Simpson Tuegel
SIMPSON TUEGEL LAW FIRM
3301 Elm Street
Dallas, TX 75226
P: (214) 774-9121
michelle@stfirm.com

*Counsel for Plaintiffs Barahal, Black, Herndon, Phipps and Wheeler, John Doe WL Plaintiffs and John Doe EB Plaintiffs*

/s/ Parker G. Stinar (by consent 10/29/20)
Parker G. Stinar (P75252)
WAHLBERG, WOODRUFF, NIMMO & SLOAN, LLP
4601 DTC Boulevard, Suite 950
Denver, CO 80237
P: (303) 571-5302
parker@denvertriallawyers.com

*Counsel for Plaintiff DeLuca*