IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE and RICHARD ROE,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF MICHIGAN, and THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>    Defendants. | Case No. 2:20-cv-10629-VAR-EAS<br><br>Hon. Victoria A. Roberts<br>Magistrate Judge Elizabeth A. Stafford |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The undersigned Parties hereby stipulate to the following:

1. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that the claims of John Doe and Richard Roe shall be dismissed with prejudice, and since no other claims remain, the entire action shall be dismissed with prejudice.

2. The Parties stipulate further that each side shall bear all of their own costs and fees, including all attorneys' fees.

Dated: March 21, 2023                    Respectfully submitted,

*/s/ E. Powell Miller*                   */s/ Stephen J. Cowen (by consent)*
E. Powell Miller                          Stephen J. Cowen (P82688)
THE MILLER LAW FIRM, P.C.                 Amanda K. Rice (P80460)
950 W. University Dr., Suite 30           Andrew J. Clopton (P80315)

1

| | |
|---|---|
| Rochester, MI 48307<br>(248) 841-2200<br>Email: epm@millerlaw.com | JONES DAY<br>150 W. Jefferson Avenue<br>Detroit, MI 48226<br>Telephone: (313) 733-3939<br>scowen@jonesday.com |
| Jonathan D. Selbin<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>250 Hudson Street, 8th fl.<br>New York, NY 10013<br>(212) 355-9500<br>Email: jselbin@lchb.com | Matthew E. Papez<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 879-3939<br>mpapez@jonesday.com |
| Joseph G. Sauder<br>SAUDER SCHELKOPF LLC<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>(888) 711-9975<br>Email: jgs@sstriallawyers.com<br><br>Counsel for Plaintiffs | Jack Williams<br>Jennifer L. Weizenecker<br>Holly M. Boggs<br>JONES DAY<br>1221 Peachtree Street, N.E.<br>Suite 400<br>Atlanta, GA 30361<br>(404) 521-3939<br>jmwilliams@jonesday.com<br><br>Counsel for the Defendant |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DOE and RICHARD ROE,

    Plaintiffs,

v.

THE UNIVERSITY OF MICHIGAN, and THE REGENTS OF THE UNIVERSITY OF MICHIGAN,

    Defendants.

Case No. 2:20-cv-10629-VAR-EAS

Hon. Victoria A. Roberts
Magistrate Judge Elizabeth A. Stafford

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties;

**IT IS ORDERED**:

1. The claims of John Doe and Richard Roe are dismissed with prejudice.

2. Each side will bear their own costs and fees, including all attorneys' fees.

3. This is the last remaining claim and closes the case.

Dated: 3/21/2023

s/ Victoria A. Roberts
Hon. Victoria A. Roberts
United States District Judge

1